NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LINDA L. HOPPE,**

*Claimant-Appellant*

v.

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2025-1836

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 24-1685, Judge Grant Jaquith.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2)  Each side shall bear their own costs.

FOR THE COURT

December 18, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** December 18, 2025